Administrative
Claim #
TRT-MXR-2020-
03521 (1)

5:21CV26

FILED

FEB 1 7 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

1-5-21
JPB, Mazzone
Blalock

ATT: Clarksburg Federal Clerks Office
Po Box 2857 Clarksburg, WV(26302)

I Samuel Clint Blancher am writing to
your office to humbley request an
extension in filing a Biven's Civil Claim
with and in your federal court?

On and about the date of Feburuary 17th 2020
I filed an administrative claim(TRT-MXR-2020-
03521) for personal injury that happend on
June 10th 2018, (a sum certain of 1,000,000.00.)
Under the federal Tort Claims Act, 28 U.S.C.
§ 2675

On and about July 14th 2020, Federal Bureau
of prisons Attorney Micheal D. Frazier
sent me notice that My claim had been
denied under the federal Tort Claims Act, 28
U.S.C. § 2671, et, seq., and authority granted
under 28 C.f.R. § 0.712. My claim is that
the federal Bureau of prisons is liable
liabil in the amount of 1,000,000.00. for
negligent medical treatment of a comple

(2)

Shatterd right wrist which was broken in 7 differant places. When seen by the ER Doctor, He gave the order that I should be in surgery within 48 hours, this was on June 10th, 2018, on and about July 6th. I was taken to WV University to see an orthopedic surgeon, The surgeon advised that due to the nature of the factures and the fact that the Federal Bureau of Prisons took 3 1/2 weeks to get me to her for surgery She would not be able to fix my wrist, because it had already nearly healed and she would have to re-break the wrist, and because it was fractured in multible places it would be impossible for her to re-break the wrist. and she did state on record, that had the Federal Bureau of Prisons had gotten me to her before the healing process began, she would've been able to fix my wrist.

Your honorble Cleark Clerk, the reas I need an extension is # one they denied my claim on July 14, 2020. I not get the notice of denial until

(3)

Sept. 17th 2020. due to the mail being backed up because of the Covid 19 epidimic, And # two we have been on lock down for the most part since march 2020. and I've not had or been able to use the Law Library.

The F.B.O.P. Atorney advised me that I only had 6 months from the time he mailed the notice of denial to me. to file a Civil claim in the United States federal Court. Seeing that I didn't get their letter until Sept 17th 2020 I still should have another month to file w/ your Courts; But your honor I am still unable to use the Law — library, and Im a layman and dont know the law, or how to file w/ your office, and Just today I was told by another Inmate that I would have to write you and ask your office for the proper forms and also to beg for an extension. I don't Know really how much time I'll need. because as of this date, we are on lock down

(4)

for quarantined, because of another major out-break of covid-19. every-time someone gets infected they lock us down for quarantine, Its insane! next month will be one year we've been for the most part confined to our cells. I'm praying that you'll be of an understanding mind, and please give me an appropriate extension, and to please send me the proper forms I'll need, to file a Bivens Civil claim w/ your office?

Notice: Im asuming that I'll need forms to file a Bivins civil claim, this is what I was told by another inmate, so if by chance I was given the wrong information would you please send me the appropriate forms that I'll need? Im sorry for the long drawn out letter. and I pray that you and yours are safe/sound during this time of hardship.

Sincerely,
Samuel C Blancher
#17704-058